1   Janine C. Prupas (SBN 241585)
    SNELL & WILMER, L.L.P
2   50 West Liberty Street, Suite 510
    Reno, Nevada 89501
3   Telephone: (775) 785-5440
    Facsimile: (775) 785-5441
4   jprupas@swlaw.com

5   *Attorney for Defendants U.S. Bancorp and U.S. Bank National Association*

6

                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9   SALEH H. ABDELBAGI AND              Case No. 2:21-cv-02014-MCE-DMC
    MUYASSAR ALRIFAI,
                                        **STIPULATION AND ORDER TO**
10              Plaintiffs,             **EXTEND TIME FOR DEFENDANTS TO**
                                        **RESPOND TO COMPLAINT**
11  vs.
                                        **(FIRST REQUEST)**
12  U.S. BANK;
    and DOES 1 through 10, inclusive,
13
                Defendants.
14

15

16

17      IT IS HEREBY STIPULATED, by and between Plaintiffs Saleh H. Abdelbagi and

18  Muyssar Alrifai (collectively "Plaintiffs") and Defendants U.S. Bancorp and U.S. Bank National

19  Association (collectively "Defendants" and together with Plaintiffs, the "Parties") by and through

20  their respective counsel of record that the deadline for Defendants to file a response to Plaintiffs'

21  Complaint ("Complaint") shall be extended to November 17, 2021. Defendants' response is

22  presently due on November 5, 2021.

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix,
Arizona 85004 -2202
602.382 .6000

4882-8456-5506

1    This is the Parties' first request for an extension of time.

2

3    Dated: November _4_, 2021              Dated: November _4_, 2021

4    SNELL & WILMER, L.L.P.                 GRIFFITH, HORN & SHEEHAN, LLP

5

6

7    By: _/s/ Janine C. Prupas_            By: ____David R. Griffith____
        Janine C. Prupas, Esq.                  David R. Griffith, Esq.
8       50 West Liberty Street, Suite 510       Jameson E.P. Sheehan, Esq.
        Reno, Nevada  89501                     1530 Humboldt Road, Suite 3
9                                               Chico, California 95928
10      *Attorney for Defendants U.S.*
        *Bancorp and U.S. Bank National*
11      *Association*                           *Attorneys for Plaintiffs Saleh H. Abdelbagi*
                                                *and Muyassar Alrifai*
12
                              **ORDER**
13
         **IT IS SO ORDERED.**
14

15   DATED:  November 12, 2021

16

17

18

19   _____
     MORRISON C. ENGLAND, JR
20   SENIOR UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

4882-8456-5506