1  DAVID R. GRIFFITH, ESQ. (SBN - 170172)
   GRIFFITH & HORN, LLP
2  1530 Humboldt Road, Suite 3
   Chico, California 95928
3  Telephone: (530) 812-1000
   Email: david@davidgriffithlaw.com
4
   Attorneys for Plaintiffs,
5  SALEH H. ABDELBAGI and
   MUYASSAR ALRIFAI
6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SALEH H. ABDELBAGI and              )  Case No. 2:21-cv-02014-MCE-DMC
    MUYASSAR ALRIFAI,                   )
11                                      )  [Assigned for all purposes to the Honorable
              Plaintiffs,               )  Morrison C. England]
12                                      )
    vs.                                 )  **STIPULATION AND ORDER TO**
13                                      )  **ARBITRATE AND STAY ACTION**
    U.S. BANK;                          )  **PENDING ARBITRATION**
14  and DOES 1 through 10, inclusive,   )
                                        )
15            Defendants.               )
                                        )
16  _____ )

17       IT IS HEREBY STIPULATED, by and between Plaintiffs Saleh H. Abdelbagi and Muyssar

18  Alrifai (collectively "Plaintiffs") and Defendants U.S. Bancorp and U.S. Bank National

19  Association (collectively "Defendants" and together with Plaintiffs, the "Parties") by and through

20  their respective counsel of record that the above-entitled action and all issues arising in connection

21  therewith shall be submitted to final and binding arbitration before American Arbitration

22  Association ("AAA"), in accordance with the terms of the Arbitration Agreement between the

23  Parties.  The parties jointly request and stipulate that this matter be stayed pending arbitration.

24                                      GRIFFITH & HORN, LLP

25  Dated: November____, 2021    By:    /s/ David R. Griffith_____.
                                        David R. Griffith, Esq.
26                                      1530 Humboldt Road, Suite 3
                                        Chico, California 95928
27                                      *Attorney for Plaintiffs Saleh H. Abdelbagi and*
                                        *Muyassar Alrifai*
28  //

|   |   |   |
|---|---|---|
|   |   | SNELL & WILMER, L.L.P. |
| Dated: November___, 2021 | By: | /s/ Jacey Prupas                    . |
|   |   | Jacey Prupas, Esq. |
|   |   | 50 West Liberty Street, Suite 510 |
|   |   | Reno, Nevada 89501 |
|   |   | *Attorney for Defendants U.S. Bancorp and* |
|   |   | *U.S. Bank National Association* |

**ORDER**

**IT IS HEREBY ORDERED** that:

1. The Parties' joint stipulation to Arbitrate and Stay the Case is APPROVED and GRANTED;

2. The litigation is STAYED in its entirety pending completion of the arbitration;

3. Every 120 days and no later than 30 days after the issuance of the arbitrator's decision, counsel SHALL file a joint status report; and

4. The Court hereby retains jurisdiction to confirm the arbitration award and enter judgment for the purpose of enforcement.

IT IS SO ORDERED.

DATED: November 22, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO ARBITRATE AND STAY ACTION PENDING ARBITRATION**